UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. BALBONI, JR., | |
| Petitioner, | 3:11-cv-00457-RCJ-VPC |
| vs. | **ORDER** |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed a motion for an extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 7). Respondents seek a 45-day enlargement of time, up to and including November 30, 2011, to file an answer/responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer/responsive pleading (ECF No. 7) is **GRANTED.** The answer/responsive pleading shall be filed on or before **November 30, 2011.**

Dated this 4th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE